ROBERTSON et al. v. AYLOR. (Circuit Court of Appeals, Fifth Circuit. December 3, 1914.) No. 2632. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Ocie Speer, I. W. Stephens, and George E. Miller, all of Ft. Worth, Tex., and E. J. Hamner, of Sweetwater, Tex., for plaintiffs in error. A. H. Kirby and

Theodore Mack, both of Ft. Worth, Tex., for defendant in error.    Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM.   We find none of the assignments of error well taken. The judgment of the District Court is affirmed.